No. 93–1222. GARCIA ET AL. *v.* SPUN STEAK CO. C. A. 9th Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE O'CONNOR would grant certiorari.

No. 93–1592. INTERNATIONAL HOUSE OF PANCAKES *v.* PINNOCK ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 93–1710. PHILIP MORRIS INC., DBA PHILIP MORRIS U. S. A. *v.* CABARRUS COUNTY, NORTH CAROLINA. Sup. Ct. N. C. Motions of Committee on State Taxation, North Carolina Citizens for Business and Industry, and Institute of Property Taxation for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 93–1742. LUMMI INDIAN TRIBE *v.* WHATCOM COUNTY, WASHINGTON, ET AL. C. A. 9th Cir. Motion of Blackfeet Tribe of Indians for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 93–1833. CITIZENS FOR TERM LIMITS *v.* FOLEY ET AL. C. A. 9th Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari granted. Certiorari before judgment denied.

No. 93–1955. GREGOIRE, ATTORNEY GENERAL OF WASHINGTON, ET AL. *v.* THORSTED ET AL. C. A. 9th Cir. Motion of petitioners to expedite consideration of petition for writ of certiorari granted. Certiorari before judgment denied.

No. 93–7724. BUCHANAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN dissents and would grant the petition for writ of certiorari and remand the case for reentry of judgment and appointment of counsel.